[No. 16264-4-II. Division Two. August 12, 1994.]

*In the Matter of the Detention of* ROBBIE PUGH.

MARK SOELLING, PH.D., ET AL, *Appellants*, v. ROBBIE
PUGH, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 6-23435, James M. Marshall, J. Pro Tem.,
entered May 27, 1992. *Dismissed* by unpublished opinion per
Morgan, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 16055-2-II. Division Two. August 12, 1994.]

GENEVIEVE D. OSTLUND, ET AL, *Respondents,* v.
FARMERS INSURANCE COMPANY OF WASHINGTON,
*Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 91-2-03777-2, John N. Skimas, J., entered April
17, 1992. *Reversed* by unpublished opinion per Morgan, C.J.,
concurred in by Alexander and Houghton, JJ.

[No. 15944-9-II. Division Two. August 12, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY
ALLEN FIELDS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 92-1-00045-8, Thomas L. Lodge, J., entered April
1, 1992. *Affirmed* by unpublished opinion per Morgan, C.J.,
concurred in by Alexander and Houghton, JJ.